Certificate Number: 03088-PAM-DE-040038434

Bankruptcy Case Number: 25-02207


03088-PAM-DE-040038434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2025, at 12:03 o'clock PM CDT, James M Davis completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 31, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor