Certificate Number: 03088-PAM-DE-040038435

Bankruptcy Case Number: 25-02207


03088-PAM-DE-040038435

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2025</u>, at <u>12:03</u> o'clock <u>PM CDT</u>, <u>Lauren A Davis</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 31, 2025</u>          By:   <u>/s/Doug Tonne</u>

                                                                  Name: <u>Doug Tonne</u>

                                                                  Title: <u>Counselor</u>