United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James M. Davis  
Lauren A Davis  
    Debtors

Case No. 25-02207-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 12, 2025     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M. Davis, Lauren A Davis, 28 Ridge Avenue, Hanover, PA 17331-2042 |
| 5732065 | | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5732075 | | HARRIS & HARRIS, LTD., 111 WEST JEFFERSON BLVD., SUITE 650, CHICAGO, IL 60654 |
| 5732064 | + | JAMES M. DAVIS, LAUREN A DAVIS, 28 RIDGE AVENUE, HANOVER, PA 17331-2042 |
| 5732066 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5732084 | + | UPMC, 1701 INNOVATION DRIVE, YORK, PA 17408-8815 |
| 5732085 | + | WELLSPAN, 755 S. PLEASANT AVENUE, DALLASTOWN, PA 17313-9252 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5732070 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 12 2025 18:47:19 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD 4TH FLOOR, SHERMAN OAKS, CA 91411 |
| 5732071 | ^ | MEBN | Sep 12 2025 18:43:17 | COLUMBIA GAS OF PENNSYLVANIA, PO BOX 70285, PHILADELPHIA, PA 19176-0285 |
| 5732072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2025 18:47:00 | COMENITYCB/DTLFIRSTFIN, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5732073 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2025 18:48:35 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5732074 | | Email/Text: operationsclerk@easypayfinance.com | Sep 12 2025 18:46:00 | EASYPAY FINANCE, P.O. BOX 2549, CARLSBAD, CA 92018 |
| 5732067 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2025 18:47:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5732076 | ^ | MEBN | Sep 12 2025 18:43:29 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5732077 | | Email/Text: bk@lendmarkfinancial.com | Sep 12 2025 18:46:00 | LENDMARK FINANCIAL SERVICE, 2118 USHER STREET, COVINGTON, GA 30014 |
| 5732078 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 12 2025 18:47:00 | MET ED, 2800 POTTSVILLE PIKE, PO BOX 16001, READING, PA 19612-6001 |
| 5732079 | + | Email/Text: bankruptcy@moneylion.com | Sep 12 2025 18:47:00 | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 5735058 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Sep 12 2025 18:47:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5732664 | + | Email/Text: bankruptcy@moneylion.com | Sep 12 2025 18:47:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 5732068 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2025 18:47:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5732081 | + | Email/PDF: ebnotices@pnmac.com | Sep 12 2025 19:03:14 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5732082 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 12 2025 18:46:00 | PROGRESSIVE, SUBROGATION UNIT, 24344 NETWORK PLACE, CHICAGO, IL 60673-1243 |
| 5733052 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 19:03:36 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5732083 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2025 18:47:00 | SANTANDER BANK, P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 5733985 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2025 18:47:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5732265 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 12 2025 18:49:11 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5732086 | ^ | MEBN | Sep 12 2025 18:43:19 | WESTLAKE PORTFOLIO MANAGEMENT, LLC, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 5732069 | | Email/Text: kcm@yatb.com | Sep 12 2025 18:46:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5732080 | ##+ | ONE FINANCE, ATTN: BANKRUPTCY, 2407 J ST, STE 300, SACRAMENTO, CA 95816-4736 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 14, 2025 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 James M. Davis bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 2 Lauren A Davis bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James M. Davis,<br>aka James Martin Davis, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−02207−HWV |
| Lauren A Davis,<br>aka Lauren Ashley Davis, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: October 22, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2025 |

ntcnfhrg (08/21)